**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Robert V. Tuzon | ) | No. CV 03-0450-PHX-PGR |
| Plaintiffs, | ) | |
| vs. | ) | ORDER |
| S. Garcia, et al. | ) | |
| Defendants | ) | |

Currently pending before the Court is the Plaintiff's Motion for Leave of the Court to File a Delayed Appeal (Doc. 36), filed on July 27, 2005. On July 30, 2004, judgment was entered in the Defendants' favor after the Court granted the Defendants' Motion for Summary Judgment. According to the Plaintiff, he filed a notice of appeal within the applicable time frame, but the Arizona Department of Corrections failed to mail out the prepared notice. As such, the Plaintiff maintains that it is through no fault of his own that his appeal was not timely processed.

Federal Rule of Appellate Procedure 4(c) governs this matter as the Plaintiff is currently an inmate confined to an institution. Rule 4(c)(1) states the following:

> If an inmate confined to an institution files a notice of appeal in either a civil or a criminal case, the notice is timely if it is deposited in the institution's internal mail system on or before the last day of filing. If an institution has a system designed for legal mail, the inmate must use that system to receive the benefit of this rule. Timely filing may be shown by a declaration in

1 | compliance with 28 U.S.C. § 1746 or by a notarized statement, either of which must set forth the date of the deposit and state
2 | that first-class postage has been prepaid.

Since the Plaintiff has not complied with the above referenced rule in filing his motion to file a delayed appeal, the Court will not grant leave at this time. The Plaintiff is directed to either comply with 28 U.S.C. § 1746, which sets forth the procedure for filing an unsworn declaration, or file a notarized statement. The Plaintiff is reminded that either the sworn or unsworn declaration must set forth the date that the Plaintiff deposited the Notice of Appeal within the institution's internal mail system. Accordingly,

IT IS ORDERED that the Plaintiff's Motion for Leave of the Court to File a Delayed Appeal (Doc. 36) is DENIED without prejudice.

DATED this 19th day of October, 2005.

*[signature]*
Paul G. Rosenblatt
United States District Judge